IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT WAYNE FATHERA )
)
v. ) NO. 3-10-1013
) JUDGE CAMPBELL
SMYRNA POLICE DEPARTMENT, )
et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 21), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendant Smyrna Police Department (Docket No. 11) is GRANTED, and Plaintiff's claims against Defendant Smyrna Police Department are DISMISSED.

Since the filing of the Report and Recommendation, William W. Burton has entered an appearance as counsel of record for the Plaintiff. Docket No. 24. Accordingly, this case is referred to the Magistrate Judge for customized case management.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE