UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT WAYNE FATHERA** ) | |
| ) | |
| vs. ) | Civil Action No. 3:10-1013 |
| ) | Magistrate Judge Knowles |
| **GARY SCHOON** ) | |

**O R D E R**

Pending before the Court are the defendant's Motions in Limine (Docket Nos. 77, 78, 79, 80, and 84) filed pursuant to the Order entered June 20, 2013. Docket No. 83. These Motions are DENIED WITHOUT PREJUDICE to being refiled at a time closer to the trial date.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge