# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ROBERT WAYNE FATHERA ) | CASE NO: 3:10-1013 |
| ) | MAGISTRATE JUDGE KNOWLES |
| v. ) | |
| ) | |
| GARY SCHOON ) | |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

- Plaintiff Robert Wayne Fathera did <u>not</u> prove by a preponderance of the evidence that Defendant Gary Schoon intentionally committed acts that violated Plaintiff's constitutional right to be free from the use of excessive force.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT GARY SCHOON.**

DATE: August 29, 2014          KEITH THROCKMORTON, CLERK

                               BY: *Holly Vila*
                               Deputy Clerk